

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-23-00515-CR, 04-23-00516-CR, & 04-23-00517-CR

Matias P. **BRIONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court Nos. 19-CRD-25S1, 19-CRD-26S1 & 19-CRD-27S1
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED August 7, 2024.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice